PEOPLE V SILLERTON MORGAN. (Docket No. 58425.) Request for appointment of counsel denied. Sillerton Hugh Morgan, *in propria persona,* appellant. Case below, Court of Appeals No. 24189, per curiam opinion of March 29, 1976.

PEOPLE V DIXSON. (Docket Nos. 58777, 58778.) Request for appointment of counsel denied. Ausbert Lee Dixson, *in propria persona,* appellant. Reported below: 68 Mich App 505.

PEOPLE V LEWIS. (Docket No. 58787.) Request for appointment of counsel denied. Herman L. Lewis, *in propria persona,* appellant. Case below, Court of Appeals No. 21646, per curiam opinion of March 26, 1976.

PEOPLE V MIKOWSKI. (Docket No. 58338.) Request for appointment of counsel granted. Defendant shall file with Grand Traverse Circuit Court an affidavit concerning his present financial status (see guidelines at 387 Mich xxxi). The prosecutor shall be furnished a copy of the financial affidavit and may challenge defendant's asserted indigency within 20 days after receiving the affidavit. The challenge, if brought, shall be resolved at a hearing before Grand Traverse Circuit Court at which the prosecution, defendant and counsel for defendant shall appeal personally to aid the court's inquiry. Grand Traverse Circuit Court, upon a finding of indigency, shall appoint counsel for defendant and shall furnish any portion of the record counsel may require. Arthur R. Mikowski, *in propria persona,* appellant. Case below, Court of Appeals No. 21996, per curiam opinion of February 13, 1976.

PEOPLE V OVERBY. (Docket Nos. 55536, 55537.) Motion to strike appellant's affidavits granted. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Edward Reilly Wilson,* Research, Training & Appeals, and *Larry L. Roberts,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Reported below: 42 Mich App 1.